O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RIE,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. CV 08-0097-CAS (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that judgment be entered dismissing the Second Amended Complaint and dismissing this action without prejudice.

DATED: April 30, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE