JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RIE,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. CV 08-0097-CAS (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Complaint in this action is dismissed and that this action is dismissed without prejudice.

DATED: April 30, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE